IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TIMOTHY WHITE**
 **a/k/a KEVIN SHANNON,**
        **Petitioner,**

**vs.**                                                      **3:05cv156/MCR/MD**

**CHARLIE MORRIS,**
 **Sheriff of Okaloosa County, Florida,**
        **Respondent.**

_____/

## O R D E R

        This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 19, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

        Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now ORDERED:

        1.      The petition for writ of habeas corpus (doc. 1, Pet.) challenging petitioner's detention for extradition to Alabama,  in the case of *State of Florida v. Timothy White*, in the Circuit Court of Okaloosa County, Florida, case no. 05-343, is DISMISSED as moot.

2.      All pending motions are DENIED as moot.

3.      The clerk is directed to close the file.


DONE AND ORDERED this 7th day of October, 2005.



_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**