IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TIMOTHY WHITE**
 **a/k/a KEVIN SHANNON,**
       **Petitioner,**

v.                                                        Case No.  3:05cv156/MCR/MD

**CHARLIE MORRIS,**
 **Sheriff of Okaloosa County, Florida,**
       **Respondent.**
                                                          /

**O R D E R**

This cause is before the court upon petitioner filing a motion for certificate of appealability (doc. 38). Petitioner requests a certificate of appealability to pursue his appeal of the order entered on October 7, 2005 (doc. 33) dismissing his petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2241, and the order entered on November 7, 2005 (doc. 36) denying his motion for reconsideration.

Unless a certificate of appealability is issued, a state petitioner may not take an appeal from the final order denying federal habeas relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1); *Sawyer v. Holder*, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003) (noting that state prisoners proceeding under 28 U.S.C. § 2241 must obtain a certificate of appealability to appeal).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's October 7, 2005 order (doc. 33) adopting and

incorporating the Magistrate Judge's Report and Recommendation filed on September 19, 2005 (doc. 24), a certificate of appealability will be denied.

**Accordingly, it is ORDERED:**

Petitioner's motion for certificate of appealability (doc. 38), is DENIED and no certificate shall issue.

**DONE AND ORDERED this 12th day of December, 2005.**

           *s/ M. Casey Rodgers*
           **M. CASEY RODGERS**
           **UNITED STATES DISTRICT JUDGE**